IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DAVID LAWRENCE POOLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV 00-N-3030-S |
| | ) | |
| COMMISSIONER MIKE HALEY, DIRECTOR JOHNNY JOHNSON, DIRECTOR BETTY TEAGUE, ROMA ROBINSON, and PAUL WHALEY, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

ENTERED
JUN 19 2001

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on May 23, 2001, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice. Plaintiff filed objections on May 31, 2001. Plaintiff again maintains that he has been missclassified because of Roma Robinson's mischaracterization of him as a child molester based on a charge against him for which there is no information regarding the disposition. Plaintiff has again not submitted any facts to show the disposition of that case or that he has been misclassified. Plaintiff is currently serving four life sentences for crimes of producing obscene material and escape. Plaintiff is clearly not entitled to a less restrictive custody.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections filed by the plaintiff, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues

of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

DONE this the __18th__ day of ___June___, 2001.

EDWIN L. NELSON
UNITED STATES DISTRICT JUDGE